■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN VAUGHN, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Nassau County (Santagata, J.), rendered September 11, 1989, convicting him of criminal sale of a controlled substance in the fifth degree, upon his plea of guilty, and imposing sentence.

Ordered that the appeal is dismissed (see, People v Seaberg, 74 NY2d 1). Mangano, P. J., Kunzeman, Sullivan and Ritter, JJ., concur.